JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR09-207-RSM |
| Plaintiff, | |
| v. | ORDER TERMINATING SUPERVISED RELEASE |
| RICHARD L. MINIFIE, | |
| Defendant. | |

This matter having come before the Court on the Defendant's Motion for Termination of Supervised Release, and the Court having reviewed the motion, the Government's response and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that termination of Mr. Minifie's supervised release is warranted by the conduct of Mr. Minifie and in the interests of justice;

IT IS FURTHER ORDERED that the term of supervised release for Mr. Minifie shall be terminated, effective immediately.

///

///

///

///

ORDER TERMINATING
SUPERVISED RELEASE
(*U.S. v. Minifie,* CR09-207-RSM)   - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1 | The Clerk of the Court is directed to send copies of this order to all counsel of
2 | record, and to the United States Probation Office.
3 | IT IS SO ORDERED.
4 | DONE this 20th day of August, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Submitted by:

s/ *Mukund Rathi*
Assistant Federal Public Defender
Attorney for Richard Minifie

ORDER TERMINATING
SUPERVISED RELEASE
(*U.S. v. Minifie,* CR09-207-RSM) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100